UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN P. STUART,

      Plaintiff,                          Case No: 2:06-CV-10657

v                                            HON. ROBERT H. CLELAND

UNUM LIFE INSURANCE COMPANY,      Referral Judge: Mona K. Majzoub
OF AMERICA,

      Defendant.

| | |
|---|---|
| James R. Cmejrek (P11993) | J. Michael Smith (P24530) |
| LAW OFFICE OF JAMES R. CMEJREK | MILLER JOHNSON |
| 2201 Medford Road | Attorneys for Defendant |
| Ann Arbor, MI 48104 | 250 Monroe Avenue, N.W., Suite 800 |
| (734) 677-1440 | PO Box 306 |
| jrcmejrek@aol.com | Grand Rapids, Michigan 49501-0306 |
| | (616) 831-1754 |
| | smithjm@millerjohnson.com |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having submitted their Stipulation for Dismissal with Prejudice and Without Costs and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that the above referenced action is hereby DISMISSED WITH PREJUDICE and without costs or attorneys fees to either party.


Dated: __5/31/2006                              s/Robert H. Cleland
                                                  HON. ROBERT H. CLELAND
                                                  U.S. DISTRICT JUDGE